IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DISTRICT)

**JUDY A. HENSON, as Administratrix
of the Estate of David Wayne Henson,**

**Plaintiff,**

v.                                                     Case No.: PX-20-00062

**AMEET SHARAD PARIKH, DO, et al.,**

**Defendants.**

## JOINT STATUS REPORT

The parties are happy to report that they have been able to reach a settlement in this case without the need for Magistrate assistance. The settlement is rather recent, and steps are still needed before dismissal can be effectuated. The parties expect that a Stipulation of Dismissal will be filed within 14 days.

Respectfully submitted this 10th day of January, 2021.

| | |
|---|---|
| /s/ *Stephen G. Skinner* | /s/ *Kelly R. Reed* |
| Stephen G. Skinner | Kelly R. Reed (WVSB No. 6566) |
| Bar ID: 20220 | Law Offices of Kelly R. Reed PLLC |
| Client Funding #:1706090005 | 3118 Grafton Road |
| SKINNER LAW FIRM | Morgantown, WV 26508 |
| PO BOX 487 | Phone: 304-292-2020 |
| Charles Town, WV 25414 | reed@kellyreedlaw.com |
| Phone: 304-725-7029 | *Admitted Pro Hac Vice* |
| sskinner@skinnerfirm.com | *Attorney for Plaintiff* |
| *Attorney for Plaintiff* | |

    **/s/ Elliott D. Petty**
Natalie C. Magdeburger, Bar No. 04647
Phone: 410-339-5793
nmagdeburger@pklaw.com
Elliott D. Petty, Bar # 28042
410-339-6747
epetty@pklaw.com
Pessin, Katz Law, P.A.
901 Dulaney Valley Road, Suite 500
Townson, Maryland 21204
*Attorneys for Defendants Ameet S. Parikh, M.D.*
*and Emergency Medicine Associates, P.A. P.C.*